UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT M. WAGGY, ) <br> ) <br>        Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>        Defendants. ) <br> _____) | CV-07-181-CI <br><br> **JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss is **GRANTED WITHOUT PREJUDICE**; Judgment is entered for Defendant.

DATED this 9th day of October, 2008.


                                             JAMES R. LARSEN  
                                             District Court Executive/Clerk  
                                             s/ L. Stejskal, Deputy Clerk